**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NOSHERWAN KHAN RAJA, ) <br> ) <br>           Plaintiff, ) <br>    vs. ) <br> ) <br> LAS VEGAS METROPOLITAN POLICE ) <br> DEPARTMENT, ) <br> ) <br>           Defendant. ) <br> ) | Case No.: 2:19-cv-00757-GMN-EJY <br><br> **ORDER** |

     Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Elayna J. Youchah, (ECF No. 11), which states that Plaintiff Nosherwan Khan Raja's ("Plaintiff") Amended Complaint, (ECF No. 10), should be dismissed without prejudice with leave to amend. Further, the Report and Recommendation states that Plaintiff should be given 30 days to file a second amended complaint. (R. & R. at 2, ECF No. 11).

     A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna-Tapia*, 328 F.3d 1114,

1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 11), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint, (ECF No. 10), is **DISMISSED without prejudice with leave to amend**.

**IT IS FURTHER ORDERED** that Plaintiff has thirty (30) days from the date of this Order to file a second amended complaint correcting the deficiency identified in the Report and Recommendation, with the following admonishment: Plaintiff is advised that if he files a second amended complaint, the Amended Complaint, (ECF No. 10), no longer serves any function in this case. As such, the second amended complaint must be complete in and of itself without reference to prior pleadings or other documents. The Court cannot refer to a prior pleading or other documents to make Plaintiff's second amended complaint complete. Failure to comply with this Order shall result in a recommendation from Judge Youchah that this case be dismissed.

**DATED** this 28 day of September, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court