1  Nosherwan Khan Raja
2  5081 Pine Mountain Ave
   Las Vegas, Nevada, 89139
3  (702) 752 3985

```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         OCT -7 2020

         CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Nosherwan Khan Raja, | ) | CASE NUMBER# 2:19-cv-00757-GMN-EJY |
| Plaintiff, | ) | |
| VS. | ) | |
| | ) | **PLAINTIFF'S MOTION FOR REQUEST EXTENSION** |
| Las Vegas Metropolitan Police Department, | ) | **OF TIME TO FILE AMENDED COMPLAINT** |
| Defendant. | ) | **(First Request)** |
| _____ | ) | |

I Plaintiff, Nosherwan Raja request to the Honorable Judge and The Court to please make an extension of time for 60-days from the filing date of this motion, to file my response of "file a second amended complaint correcting the deficiency".

Because, I am not an attorney and representing this case myself. I am having a very hard time to find an employment attorney who can take my case, and myself to understand the technical words mentioned in the Court papers that I have received. Dated:  Oct 07, 2020.

**IT IS SO ORDERED.** Plaintiff shall have 60 days from the date of this Order to file an amended complaint.

_____
Nosherwan Khan Raja
Address: 5081 Pine Mountain Ave, Las Vegas
Nevada, 89130
Ph# (702) 752 3985

_____
Gloria M. Navarro, District Judge
United States District Court

**DATED** this __9__ day of October, 2020.

Drop Box.
Oct 07, 2020

Page - 1